# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-24-00608-CV

**In re Chad Jeffrey Grills**

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: November 8, 2024